Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SECURITY BENEFIT LIFE INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PAUL D. QUALLS, JR., and JODIE BRUSH,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO: 3:24-cv-00921** |

**SECURITY BENEFIT LIFE INSURANCE COMPANY'S MOTION TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY AND FOR DISMISSAL**

**COMES NOW** the Plaintiff, Security Benefit Life Insurance Company (hereinafter referred to as "Security Benefit"), by and through its undersigned counsel, and hereby submits its Motion to Deposit Funds in the Courts Registry and for Dismissal.[1] In support thereof, Security Benefit states as follows:

**INTRODUCTION**

Security Benefit issued an annuity, contract number 7700022860 (the "Contract") to Tina Qualls ("Decedent") in 2022. When Decedent applied for the Contract, she named her husband Paul D. Qualls, Jr. as the primary and sole beneficiary under the Contract. Soon after, Decedent submitted an Annuity Contract Non-Financial Change form to Security Benefit changing her mailing address to an address in Ohio and changing the primary beneficiary of the Contract to her sister, Jodie Brush. In May 2023, Decedent submitted another Annuity Contract Non-

[1] Defendants Paul D. Qualls, Jr. and Jodie Brush do not oppose this motion.