**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SECURITY BENEFIT LIFE INSURANCE COMPANY,**<br>**Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 3:24-cv-00921** |
| **JODIE BRUSH, Defendant/Cross Defendant**<br>**PAUL D. QUALLS, JR.,**<br>**Defendant/Cross Claimant/Third Party Plaintiff** | ) | |
| **ESTATE OF TINA QUALLS,**<br>**Third Party Defendant.** | ) | |

**AGREED ORDER OF COMPOMISE, DISTRIBUTION AND DISMISSAL**

As evidenced by the signatures of counsel below, Defendant/Cross Claimant/Third Party Plaintiff Paul D. Qualls, Jr., Defendant/Cross Defendant Jodie Brush, and Third-Party Defendant Estate of Tina Qualls (hereinafter "the Parties") have reached a settlement and compromise in the above referenced matter. Pursuant to the Parties' Settlement Agreement signed on February 17, 2025, the Parties have agreed to the distribution of the funds deposited into this Honorable Court by Security Benefit Life Insurance Company. The funds on deposit shall be immediately disbursed, without having to wait 30 days for this Order to become final, as follows:

1. Seventy-five thousand Dollars ($75,000.00) shall be immediately paid to Paul D. Qualls, Jr. and mailed to Vasek & Robbins, PLLC c/o Donnavon Vasek 103 W. Main Street, Lebanon, Tennessee 37087.
2. The remaining proceeds after payment of unpaid court costs shall be immediately paid to The Law Firm of James B. Johnson, on behalf of Jodie Brush and picked up by or mailed to James B. Johnson, 1300 Division Street, Suite 300, Nashville, Tennessee 37203.

3. James B. Johnson shall retain sufficient proceeds on deposit and pay the reasonable and necessary attorney fees to Sonya Wright for her administration of the Estate of Tina Qualls.
4. Paul D. Qualls, Jr. and Jodie Brush shall be responsible for their own attorney fees.
5. Signing the Settlement Agreement and entry of this Agreed Order of Settlement, Compromise, and Distribution fully resolves all claims of Defendant/Cross Claimant/Third Party Plaintiff Paul D. Qualls, Jr. that he asserted against Defendant/Cross Defendant Jodie Brush and Third-Party Defendant Estate of Tina Qualls.
6. The Parties hereby agree that upon release of the funds to the designated parties this matter shall be immediately dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2)(c).

It is so ORDERED.

ENTER this ______day of _________________________, 2025.

_______________________________
Aleta Trauger, Judge

APPROVED FOR ENTRY

Donnavon Vasek w/permission by James B. Johnson

Donnavon Vasek
BPR No. 034474
103 West Main Street
Lebanon, TN 37087
(615) 549-8909
dvasek@vrlawtn.com
*Counsel for Plaintiff Paul D. Qualls, Jr.*

James B. Johnson

James Johnson, BPR#015509
1300 Division St., Suite 300
Nashville, TN 37203
(615) 476-2885
attorneyjamesbjohnson@gmail.com
*Counsel for Defendant Jodie Brush*

Sonya Wright w/ permission by James B. Johnson

Sonya Wright, BPR #023898
122 N. Church Street
Murfreesboro, TN 37130
(615) 800-4747
sonya@smithwrightlaw.com
*Counsel for Estate of Tina Qualls*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The parties were also served by electronic mail using their respective email addresses. The party or parties served are as follows:

Donnavon Vasek, BPR No. 034474
103 West Main Street
Lebanon, Tennessee 37087
dvasek@vrlawtn.com
*Attorney for Paul D. Qualls, Jr.*

Sonya Wright, BPR No. 023898
122 N. Church Street
Murfreesboro, Tennessee 37130
sonya@smithwrightlaw.com
*Counsel for Estate of Tina Qualls*

/s/*James B. Johnson*
James B. Johnson