**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| PAUL D. QUALLS, JR., | ) | |
| | ) | |
| Third-Party Plaintiff/Cross Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:24-cv-921 |
| | ) | Judge Trauger |
| ESTATE OF TINA MARIA QUALLS, | ) | |
| | ) | |
| Third-Party Defendant, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| JODIE BRUSH, | ) | |
| | ) | |
| Cross-Defendant. | ) | |

**ORDER OF CLARIFICATION**
**<u>REGARDING DIBURSEMENT OF FUNDS</u>**

An Agreed Order of Compromise, Distribution and Dismissal (Doc. No. 32) was entered on February 19, 2025, directing the Clerk to disburse funds currently held in the registry of the court. For clarification regarding disbursement, funds in the amount of $314,762.48 are being held. The funds shall be immediately disbursed, without having to wait 30 days for the Agreed Order to become final, as follows:

1. Funds in the amount of $75,000 shall be immediately paid to Paul D. Qualls, Jr., and mailed to Vasek & Robbins, PLLC, c/o Donnavon Vasek, 103 W. Main Street, Lebanon, Tennessee 37087.

2. The remaining funds in the amount of $239,762.48, plus any accrued interest, shall be immediately paid to The Law Firm of James B. Johnson, on behalf of Jodie Brush, and picked up by or mailed to James B. Johnson, 1300 Division Street, Suite 300, Nashville, Tennessee 37203.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE